**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-2347

DONALD RAY GILBERT,

Plaintiff - Appellant,

versus

COOPER INDUSTRIES, INCORPORATED, Cooper Hand
Tools Division,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-99-441-5-H)

Submitted: April 13, 2001          Decided: April 25, 2001

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Ray Gilbert, Appellant Pro Se. Thomas J. Manley, Maria Eugenia Hallas, David Christopher Lindsay, HUNTON & WILLIAMS, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald Ray Gilbert appeals the district court's order denying relief on his claims of violation of the Americans with Disabilities Act, 42 U.S.C.A. §§ 12101-12213 (West 1995 & Supp. 2000), and intentional and negligent infliction of emotional distress. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Gilbert v. Cooper Indus., Inc., No. CA-99-441-5-H (E.D.N.C. Sept. 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED